IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-262-1D(4)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) GOVERNMENT'S ORDER FOR DNA |
| v. | )   AND HAIR SAMPLES |
| | ) |
| ANTONIO J. REESE | ) |

Upon good cause having been shown, the Court hereby ORDERS the Defendant to allow extraction of DNA and hair samples. Any buccal (oral) swab and hair samples taken pursuant to this Order will be taken in accordance with ATF and FBI protocols governing the collection and maintenance of known samples of biological material.

It is further Ordered that the collection of DNA and hair samples be taken from the defendant in a routine and minimally invasive manner.

So Ordered this 13 day of October, 2010.

_____
JAMES C. DEVER
United States District Court Judge